UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

DEWANNIA VAUGHN, )
)
    Plaintiff, )
) Case No. 1:12-CV-81
v. )
) Collier/Carter
COMMISSIONER OF SOCIAL SECURITY, )
)
    Defendant. )

## JUDGMENT ORDER

On April 17, 2013, United States Magistrate Judge William B. Mitchell Carter filed a report and recommendation ("R&R") in this case, pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b) (Court File No. 16). Neither party has objected to the R&R within the given fourteen days.

After reviewing the record, the Court agrees with the R&R. The Court hereby **ACCEPTS** and **ADOPTS** the magistrate judge's findings of fact, conclusions of law, and recommendations.

Accordingly, the Court **ORDERS**:

(1)     Plaintiff's motion for summary judgment is **DENIED** (Court File No. 12);

(2)     The Commissioner's motion for summary judgment is **GRANTED** (Court File No. 14);

(3)     The Commissioner's decision denying benefits is **AFFIRMED**.

Because no further matters remain for adjudication, the Clerk of Court is directed to **CLOSE** the case.

    **SO ORDERED.**

    **ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
  s/ Debra C. Poplin
  CLERK OF COURT

2